Argued and submitted December 13, reversed and remanded for reconsideration December 26, 1985

DURON,
*Petitioner,*

*v.*

ADULT AND FAMILY SERVICES DIVISION,
*Respondent.*

(2-2002-AL9179-6; A34613)

710 P2d 164

Roberta J. Lindberg, Eugene, argued the cause and filed the brief for petitioner.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young Judges.

PER CURIAM

## PER CURIAM

The referee in this aid to dependent children case failed to make explicit findings as to petitioner's credibility. We are unable to review the referee's decision for substantial evidence without such a determination. *See, e.g., Allen v. Employment Division,* 73 Or App 426, 698 P2d 1009 (1985); *Ashmore v. Employment Division,* 70 Or App 516, 690 P2d 522 (1984).

Reversed and remanded for reconsideration.